ECF

ORIGINAL

FILED
AUG 4 2003
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA
One Tower Square
Hartford, CT 06183

Plaintiff,

v.

THE UNITED STATES

Defendant.

No. 03-1861C

## COMPLAINT

Plaintiff Travelers Casualty and Surety Company of America ("Travelers") states the following for its Complaint against Defendant the United States:

1. The Court of Federal Claims has jurisdiction over this action pursuant to the Tucker Act, 28 U.S.C. § 1491(a)(1).

2. Travelers is a Connecticut corporation with its principal place of business in Hartford, Connecticut.

3. The United States, by and through the Department of the Navy ("the Navy"), entered into a construction contract ("the Contract") with Superior Management Services, Inc. ("SMS"), to Repair and Improve Building 2121, at the Marine Corps Base Quantico, Quantico, Virginia ("the Project"). The Contract was assigned number N62477-97-C-1053.

4. In accordance with the requirements of the Miller Act, Reliance Insurance Company ("Reliance") issued payment and performance bonds for the Project as surety for SMS. The bonds were received and accepted by the Navy.

5. Travelers acquired parts of the Reliance surety bond business in May 2000. As a result of this acquisition, Travelers assumed all rights and liabilities arising out of the performance and payment bonds that Reliance issued for the Project.

6. Beginning in or about March 2001, Travelers began receiving payment bond claims from SMS's subcontractors and suppliers as a result of SMS's failure to meet its obligations to pay for labor and materials furnished to the Project.

7. By letter dated April 13, 2001, Travelers notified the United States in writing that no further payments should be released to SMS. A true and accurate copy of the April 13 notification letter is attached as Exhibit A. The United States confirmed receipt of this notice and agreed to withhold further payments from SMS.

8. Pursuant to its obligations under the payment bond, Travelers paid all of SMS's unpaid subcontractors and suppliers on the Project. Payments by Travelers to SMS's subcontractors and suppliers on the Project total more than $474,000.

9. On March 15, 2002, SMS agreed in writing that all monies due or to become due under the Contract should be paid to Travelers. The Navy Contracting Officer acknowledged receipt of this agreement on March 25, 2002. A true and accurate copy of this agreement and the Contracting Officer's acknowledgment is attached as Exhibit B.

10. As of July 28, 2003, the funds remaining unpaid on the Contract total $213,861.75. This figure is the net amount that the Navy agrees should be paid and reflects all of the Navy's backcharges for liquidated damages and incomplete or defective work. A true and accurate copy of the Contracting Officer's letter confirming the amount of the undisputed contract balance is attached as Exhibit C. Travelers does not seek remission of liquidated damages or other backcharges assessed against the contract balance.

11. As a surety that fulfilled the prime contractor's obligations to pay its subcontractors and suppliers, Travelers is subrogated to the rights of the subcontractors and suppliers, the rights of the prime contractor, and the rights of the United States. Travelers is entitled to payment of the contract funds remaining on the Project.

12. There are no persons or entities other than Travelers who have an interest in the remaining contract funds. SMS relinquished any right to the remaining contract funds by failing to pay its subcontractors and suppliers and by agreeing that all monies due or to become due on the Contract were to be paid to Travelers.

13. Travelers has demanded that the United States release the remaining contract funds to Travelers, but the Navy has refused.

14. The Navy's failure to pay Travelers the undisputed contract balance of $213,861.75 is a breach of its obligations to Travelers under the Contract, under the Miller Act bonds that were issued for the Project, and under the Federal Acquisition Regulations, including but not limited to FAR § 28.106-7. 48 C.F.R. § 28.106-7.

15. All conditions precedent to Travelers's right to payment of the contract funds remaining on the Project have been satisfied or waived.

WHEREFORE, Travelers demands the following relief:

(a) a declaration that Travelers is entitled to payment of the contract funds remaining unpaid on the Project and that Travelers's right to the unpaid contract balance is superior to any claim by SMS or any other person or entity; and

(b) a judgment in favor of Travelers Casualty and Surety Company of America and against the United States in the amount of $213,861.75 plus interest and costs.

**SIGNED** this 1st day of August 2003.

Brian P. Waagner
Wickwire Gavin, P.C.
8100 Boone Boulevard, Suite 700
Vienna, VA 22182
(703) 790-8750
(703) 448-1801 (facsimile)

Attorney for Plaintiff Travelers Casualty and Surety Company of America

OF COUNSEL:

Edward G. Gallagher
Wickwire Gavin, P.C.
8100 Boone Boulevard, Suite 700
Vienna, VA 22182
(703) 790-8750
(703) 448-1801 (facsimile)

Attorneys for Plaintiff Travelers Casualty and Surety Company of America

TravelersInsur... e
A member of citigroup
1500 Market Street, West Tower
Suite 2900
Philadelphia, PA 19102

As Administrator for Reliance Surety

*Karen A. Siniawa*
*Claims Manager/ Counsel*
*Travelers Bond*
*Phone: (267) 675-3092*
*Fax: (267) 675-3102*
*E-mail:*
*Karen.A.Siniawa@travelers.com*

April 13, 2001

VIA FACSIMILE and REGULAR MAIL (703-784-2124)

Department of the Navy
Resident Officer in Charge of Construction
Naval Facilities Engineering Command Contracts
Building 2004, P.O. Box 1855
Marine Corps Combat Development Command
Quantico, VA 22134-0855

Attn: William E. Finn, LCDR, CEC, USN,
Contracting Officer

| | |
|---|---|
| Re: | Reliance Insurance Company |
| Our File No.: | 092SCE0001694NR |
| Bond No.: | 098SBB29263400000RIC |
| Principal: | Superior Management Services, Inc. |
| Obligee: | Department of the Navy, OICC |
| Project: | USMC Base, Bldg. 2121, Quantico, VA<br>Project No. N62477-97-C-1053 |

Dear Mr. Finn:

Travelers as Administrator for Reliance Insurance Company is the Surety Company for Superior Management Services, Inc. We have been notified by several companies that they have not been paid by Superior Management Services, Inc. on the above-referenced project.

Based upon the fact the Surety may have to issue checks to pay several payment bond claims within the near future, this letter is to advise you that no further monies should be released to Superior Management Services, Inc. without prior consultation with the Surety Company.

If you should have any questions pertaining to this matter, please contact the undersigned.

Sincerely,

Karen Siniawa

Karen A. Siniawa
Claims Manager/Counsel

Enclosure

cc: Contractor's Service, Inc.
Chesapeake Branch
Robert Capron

EXHIBIT
A

N1-0045

# INSTRUMENT OF ASSIGNMENT

CONTRACTOR: Superior Management Services, Inc.

CONTRACT NO.: N62477-97-C-1053

AGENCY: Department of the Navy

**KNOW ALL MEN BY THESE PRESENTS:** For value received and in accordance with the Assignment of Claims Act of 1940, as amended (31 U.S.C. Section 3727, 41 U.S.C. Section 15), the undersigned Contractor, as Assignor, does hereby assign to Travelers, as Assignee, all monies due or to become due under Contract No. N62477-97-C-1053 dated September 23, 1999 and all delivery orders, task orders, or purchase orders issued thereunder issued by the **Department of the Navy** of $1,000 or more.

Signature: ____________________

Printed Name: Bachir S. Aucheli

Title: President

Date: 3/15/02

Attested by Corporate Secretary

Signature: ____________________ (notary)

Printed Name: S. Aimen

Date: 3/15/02

(Corporate Seal)

EXHIBIT B

# NOTICE OF ASSIGNMENT

Attn:

This has reference to Contract No. N62477-97-C-1053 dated September 23, 1999, and all monies issued thereunder of $1,000 or more, entered into between Superior Management Services, Inc., located at 6216 Oxon Hill Road, Oxon Hill, Maryland 20745 hereinafter the ("Assignor") and the Department of the Navy located at Building 2004, P.O. Box 1855, Quantico, VA 22134 to provide supplies and/or services according to the above-referenced contract.

**PLEASE TAKE NOTICE** that monies due or to become due under the Contract described above have been assigned to the undersigned, pursuant to the provisions of the Assignment of Claims Act of 1940, as amended (31 U.S.C. 3727, 41 U.S.C. 15) and the Federal Acquisition Regulations ("FAR") relating thereto (48 C.F.R. 32.800-32.806).

A true copy of the Instrument of Assignment executed by the Assignor on October 30, 2001 is attached to the original hereof.

Payments due or to become due under this Contract should be made to the undersigned assignee as follows: checks should be made payable to Travelers, 1500 Market Street, Suite 2900, West Tower, Philadelphia, PA 19102. Wire transfers should be directed to: ABA #071000013, Bank One, Chicago, IL, Account #10-54394, Account Name, Reliance Grantor Trust for the benefit of Travelers Casualty and Surety Company.

Please return to the undersigned at your earliest convenience, an executed copy of this Notice with appropriate notations showing the date and hour of receipt, and duly signed by the person acknowledging receipt on behalf of the Addressee. Please distribute a copy to the appropriate party in the accounts payable office for your agency.

Very truly yours,

Karen Sinisow [signature]

Karen Sinisow
Claim Manager/Counsel
Travelers
1500 Market St., Suite 2900, West Tower
Philadelphia, PA 19102

## ACKNOWLEDGEMENT

Receipt is hereby acknowledged of the above notice and a copy of the above mentioned Instrument of Assignment. These were received at 3:41 a.m. (p.m.) on 25 March 2002.
(Time) (Date) (Year)

CONTACT NAME ____________

Title: ____________

Phone Number: ____________
Full Phone # including extension

Branch Name: ____________

Debbie R Lockett [signature]
Signature

Debbie R. Lockett
Printed Name

Contracting Officer
Title

703 784 5462
Full phone # including extension

**DEPARTMENT OF THE NAVY**
OFFICER IN CHARGE OF CONSTRUCTION
RESIDENT OFFICER IN CHARGE OF CONSTRUCTION
NAVAL FACILITIES ENGINEERING COMMAND CONTRACTS
BUILDING 2004, PO BOX 1855
MARINE CORPS BASE
QUANTICO, VIRGINIA 22134-0855

IN REPLY REFER TO:
97-C-1053
Code 531
28 Jul 03

SUPERIOR MANAGEMENT SERVICES INC
6216 OXON HILL ROAD
OXON HILL MD 20745

Subj: CONTRACT N62477-97-C-1053 – REPAIR AND IMPROVE BUILDING 2121 AT THE MARINE CORPS COMBAT DEVELOPMENT COMMAND, QUANTICO, VIRGINIA

Dear Mr. Aulakh:

As noted in the Government's letter dated March 14, 2003, currently there is a balance due in the amount of $213,861.75.

Project funding expires after five years. Since the subject project was awarded in Fiscal Year 1998, funding for this project expires on September 30, 2003.

You and your bonding company must resolve where the payment should be forwarded, so that an invoice can be submitted and processed. Unless an acceptable invoice submitted by no later than August 15, 2003, the project funds would no longer be available.

If you have any questions, please call Mr. Kiefer, of this office, at (703) 784-5267.

Sincerely,

Debbie R. Lockett
Debbie R. Lockett
Contracting Officer

EXHIBIT
C

DEPARTMENT OF THE NAVY
OFFICER IN CHARGE OF CONSTRUCTION
RESIDENT OFFICER IN CHARGE OF CONSTRUCTION
NAVAL FACILITIES ENGINEERING COMMAND CONTRACTS
BUILDING 2004, PO BOX 1855
MARINE CORPS BASE
QUANTICO, VIRGINIA 22134-0855

IN REPLY REFER TO:
97-C-1053
Code 501.2
14 Mar 03

SUPERIOR MANAGEMENT SERVICES INC
6216 OXON HILL ROAD
OXON HILL MD 20745

Subj: CONTRACT N62477-97-C-1053 - REPAIR AND IMPROVE BUILDING 2121 AT THE MARINE CORPS COMBAT DEVELOPMENT COMMAND, QUANTICO, VIRGINIA

Dear Mr. Aulakh:

Your proposals submitted on January 23, 2003 have been reviewed. Enclosed is a detailed response.

To permit close out of this project, the following is proposed:

a. Issue a credit modification in the amount of $9,819 for the deletion of remaining contract work, running 1-1/4" conduit to AHU-1 and revising to HOA starters for the chilled water pumps and fans.

b. Revise the BOD date to May 2, 2001, date the final portion of the armory was returned to the Government.

c. With establishment of May 2, 2001 as the BOD date, this would result in a liquidated damages assessment for the period between the contract completion date of December 13, 2000 and the BOD date of May 2, 2001. Liquidated damages would be $63,000 ($450/day x 140 calendar days).

Based upon the above, the balance due your firm would be the following:

| | |
|---|---|
| $1,270,373.00 | - Current Contract Amount |
| (9,819.00) | - Pending Modification |
| (63,000.00) | - Liquidated Damages |
| (983,692.25) | - Previous Payments |
| $ 213,861.75 | - Balance Remaining |

97-C-1053
Code 501.2
14 Mar 03

Request your review and response if the above is acceptable by no later than March 27, 2003. If no response has been received by that date, unilateral modifications will be issued for the deletion of remaining work and assessment of liquidated damages.

If you have any questions, please call Mr. Kiefer, of this office, at (703) 784-5267.

Sincerely,

Debbie R. Lockett

DEBBIE R. LOCKETT
CONTRACTING OFFICER

Copy to:
Travelers
1500 Market Street Suite 2900 West Tower
Attn: Karen Siniawa
Philadelphia, PA 19102