ORIGINAL

ECF

RECEIVED
AUG 4 2003
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

# In The United States Court of Federal Claims

## Cover Sheet

Plaintiff(s) or Petitioner(s)
Travelers Casualty and Surety Company of America

**If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.**

Name of the attorney of record: [See RCFC 83.1(c)] Brian P. Waagner

Firm Name: Wickwire Gavin, P.C.

03-1861 C

Post Office Box:

Street Address: 8100 Boone Blvd., Suite 700

City-State-Zip: Vienna, VA 22182-7732

Telephone & Facsimile Numbers: (703) 790-8750/(703) 448-1801

E-mail address: bwaagner@wickwire.com

Is the attorney of record admitted to the Court of Federal Claims Bar? Yes
If **NO**, please call (202) 219-9630 for admission papers and instructions.

Nature of suit code: 1 3 0

**Select only one [three digit] nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.**

Government Agency Involved: N A V

**See attached Sheet for three digit code.**

Amount Claimed: $213,861.75

**If to be determined, put the phrase "to be determined" in Amount Claimed Space.**

Vaccination Date: **(Vaccine Cases Only)**

If this is case related to any pending or previous case you are **required** to file a separate notice of related case(s). See RCFC 40.2

April 25, 2003