# In the United States Court of Federal Claims

No. 03-1861 C

(Filed October 22, 2003)

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * * * * * * * * * | |
| TRAVELERS CASUALTY AND SURETY | * |
| COMPANY OF AMERICA, | * |
| | * |
| *Plaintiff*, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| *Defendant*. | * |
| * * * * * * * * * * * * * * * * * * * * * * * * * * * * | |

**ORDER**

On October 3, 2003, the Clerk's office received Defendant's Answer in *paper format*. The Clerk's office stated the submission was defective because the subject matter is designated an electronic case and *all* filings are required to be filed *electronically*. The matter was referred for a ruling.

Accordingly, it is hereby **ORDERE**D that the Clerk's office shall **RETURN** Defendant's Answer to defendant, **UNFILED**, for the above-stated reason; and defendant shall **FILE** its answer ***electronically*** on or before November 7, 2003.

s/Lynn J. Bush
LYNN J. BUSH
Judge