IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 03-1861C |
| | ) | (Judge Bush) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**JOINT PRELIMINARY STATUS REPORT**

Pursuant to Appendix A of the Rules of the United States Court of Federal Claims ("RCFC"), plaintiff and defendant respectfully submit the following joint preliminary status report:

a. Jurisdiction

Plaintiff states that the Court has jurisdiction to consider and decide this action pursuant to 28 U.S.C. § 1491. Defendant is not aware of a basis upon which to challenge the Court's jurisdiction at this time.

b. Consolidation

The parties agree that this case should not be consolidated with any other case.

c. Bifurcation

The parties agree that trial of liability and damages should not be bifurcated.

d. Deferral

Plaintiff states that further proceedings in this case should not be deferred pending consideration of another case before this Court or any other tribunal or for any reason. Defendant believes that it is appropriate to defer further proceedings because the parties are currently in effect voluntarily resolving the dispute and, it appears, to defendant there is a

reasonable chance of success. In particular, the United States has agreed in principle that it would release the contract balance to Travelers Casualty and Surety Company of America ("Travelers") upon the execution by Travelers and the prime contractor Superior Management Services, Inc. ("SMS") of all necessary documents. Travelers states that SMS had indicated its willingness to execute the necessary documents but have not yet done so. Considering these efforts by the parties to voluntarily resolve the dispute, defendant believes that deferral of further proceedings is appropriate.

e. Remand/Suspension

The parties agree that no remand or suspension will be sought.

f. Joinder

At this time, the parties do not anticipate the joinder of any additional parties. Plaintiff states that it has urged defendant to join SMS. Defendant believes that it would not be appropriate to join SMS.

g. Dispositive Motions

Plaintiff anticipates filing a motion for summary judgment if efforts to voluntarily resolve the dispute are unsuccessful.

h. Relevant Issues

i. Plaintiff's Statement of Issues

The only issue in this case is whether the United States is obligated to release a stipulated contract balance to Travelers, which acted as the Miller Act surety on a federal construction project. Travelers contends that it is entitled to the contract balance under the doctrine of equitable subrogation because it satisfied the claims of unpaid laborers and material suppliers on the project.

ii. Defendant's Statement of Issue

Whether the United States is obligated to release the remaining contract balance to Travelers, the Miller Act surety for prime contractor SMS, when there is no agreement between Travelers and SMS regarding the respective amounts due or a judicial determination of the rights between Travelers and SMS.

i. Settlement

The parties are not currently engaged in settlement discussions. However, the parties anticipate that they will be able to voluntarily resolve the dispute, because Travelers and SMS are currently in the process of executing the necessary documents for payment to Travelers for the remaining contract balance.

j. Trial

If efforts to voluntarily resolve the dispute are unsuccessful, the parties believe that the case can be resolved on motion for summary judgment.

k. Electronic Case Management

Parties have no special issue regarding electronic case management needs.

l. Additional Information

There is no additional information of which the Court should be aware at this time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Brian P. Waagner
BRIAN P. WAGNER
Wickwire Gavin, P.C.
8100 Boone Blvd., Suite 700
Vienna, VA 22182
Tel: (703) 790-8750
Fax: (703) 448-1801

OF COUNSEL:

Edward G. Gallagher
Wickwire Gavin, P.C.
8100 Boone Blvd., Suite 700
Tel: (703) 790-8750
Fax: (703) 448-1801

Attorneys for Plaintiff

s/Brian M. Simkin
BRIAN M. SIMKIN
Assistant Director

s/ Nancy M. Kim
NANCY M. KIM
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Classification Unit, 8th Floor
Washington, D.C. 20530
Tel: (202) 514-7300
Fax: (202) 307-0972

Attorneys for Defendant

December 15, 2003