# In the United States Court of Federal Claims

No. 03-1861 C

(Filed December 19, 2003)

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, | * |
| | * |
| *Plaintiff*, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| *Defendant*. | * |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

On December 15, 2003, the parties filed a Joint Preliminary Status Report (JPSR). Therein, the parties state that the only issue before the court is whether the government is obligated to release the remaining contract balance to plaintiff, Travelers Casualty and Surety Company of America (Travelers), which is the Miller Act surety for prime contractor Superior Management Services, Inc.( SMS). Travelers contends that it is entitled to the contract balance because it satisfied the claims of unpaid laborers and material suppliers on the project involved in the instant case.

The JPSR states that the parties are currently in a potential settlement posture since the government has agreed in principal that it will release the contract balance to Travelers upon the execution by plaintiff and SMS of all necessary documents for payment by the government of the remaining contract balance to Travelers. Counsel state that Travelers and SMS are currently in the process of executing the necessary documents for such payment. Finally, the parties state that in the event that settlement efforts fail, counsel believe that the case can be resolved on motions for summary judgement.

In view of the foregoing, it is the court's determination that the best course of action is to stay the case in order to permit the parties to attempt to resolve this matter without further involvement of the court at this juncture. Additionally, in the event that settlement efforts are unsuccessful, the court will entertain the parties' request to file dispositive motions.

Accordingly, it is hereby **ORDERED** that:

(1) All proceedings in the subject matter shall be **SUSPENDED** pending further order by the court; and

(2) On or before **February 17, 2004**, and every sixty-day interval thereafter, the parties shall **FILE** a **Joint Status Report**.

s/Lynn J. Bush
LYNN J. BUSH
Judge