IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 03-1861C |
| | ) | (Judge Bush) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Pursuant to this Court's Order dated December 19, 2003, which suspended proceedings in this case and required the parties to file a joint status report on or before February 17, 2004, the parties respectfully submit this joint status report.

The parties are pleased to report to the Court that they have reached a tentative settlement. The Government is currently in the process of obtaining the necessary approval of the settlement from the authorized representative of the Attorney General. The parties, therefore, request that the Court continue to stay proceedings.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Brian P. Waagner

BRIAN P. WAAGNER
Wickwire Gavin, P.C.
8100 Boone Blvd., Suite 700
Vienna, VA 22182
Tel: (703) 790-8750
Fax: (703) 448-1801

OF COUNSEL:

Edward G. Gallagher
Wickwire Gavin, P.C.
8100 Boone Blvd., Suite 700
Tel: (703) 790-8750
Fax: (703) 448-1801

Attorneys for Plaintiff

s/ Brian M. Simkin

BRIAN M. SIMKIN
Assistant Director

s/ Nancy M. Kim

NANCY M. KIM
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Classification Unit, 8th Floor
Washington, D.C. 20530
Tel: (202) 353-0546
Fax: (202) 514-7965

Attorneys for Defendant

February 17, 2004