IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 03-1861C (Judge Bush) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(B) of the Rules of the United States Court of Federal Claims, the parties respectfully stipulate to the dismissal of this action in its entirety with prejudice with each party to bear its own costs, attorney's fees and expenses.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Brian P. Waagner
BRIAN P. WAAGNER
Wickwire Gavin, P.C.
8100 Boone Blvd., Suite 700
Vienna, VA 22182

Attorney for Plaintiff

DATED: March 12, 2004

s/ Brian M. Simkin
BRIAN M. SIMKIN
Assistant Director

s/ Nancy M. Kim
NANCY M. KIM
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit, 8th Floor
Washington, D.C. 20530
Tel.: (202) 353-0546

Attorneys for Defendant

DATED: March 10, 2004